# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ancelmo Rodolfo Morales-Escobedo, | **NO. CV-26-04360-PHX-MTM** |
| Petitioner, | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| Eric Rokosky, et al., | |
| Respondents. | |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order filed June 26, 2026, Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is granted to the extent it seeks a bond redetermination hearing. Therefore, this action is hereby closed.

Debra D. Lucas
District Court Executive/Clerk of Court

June 26, 2026

s/ Sylvia Yvonne Vasquez
By    Deputy Clerk